1  **CLAYTON D. CAMPBELL, ESQ.**, CA No. 220487
   CAMPBELL WHITTEN, PC
2  5401 Business Park South, Suite 201
   Bakersfield, CA 93309
3  (661) 334-3000 (phone)
   (661) 326-0760 (fax)
4  clayton@campbellwhitten.com

5  Attorney for David D. Rodgers

6  **UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA**

7  **BAKERSFIELD DIVISION**

| | |
|---|---|
| 8   UNITED STATES OF AMERICA, | Case Number: 5:23-PO-00282-CDB |
| 9              Plaintiff | |
| 10         vs. | **WAIVER OF DEFENDANT'S PERSONAL APPEARANCE** <br> [Federal Rule 43(b)2] |
| 11   DAVID D. RODGERS, | |
| 12              Defendant | |
| 13 | **Date: January 7, 2025** <br> **Time: 10:00 AM** |

14

15      The undersigned defendant, having been advised of his rights to be present at all stages

16  of the proceedings, including all motions, legal arguments and trial, and having been advised of

17  his right to be confronted by and cross-examine witnesses, hereby waives the right to be present

18  at any and all proceedings herein stated. He requests court authorization to appear remotely for

19  his probation status hearing, presently set for 12/7/2025.

20      The undersigned hereby requests the court to proceed during every absence of defendant,

21  and hereby agrees that defendant's interest will be deemed represented at all times by the

22  presence of his attorney, the same as if the defendant was personally present in court.

23      Defendant further agrees that notice to defendant's attorney that defendant's presence in

24  court on a particular day at a particular time is required, shall be deemed notice to defendant of

25  said requirement for her appearance at said time and place.

26      Defendant further agrees and expressly permits defendant's attorney to enter a plea of

27  not guilty, guilty, or no contest to the charges. And further waives defendant's presence at

WAIVER OF PERSONAL APPEARANCE                                          Page | 1

United States vs. Rodgers
5:23-PO-00282-CDB

1  sentencing, agreeing that notice to defendant's attorney of the sentence in this case will be notice

2  to defendant. If probation is granted, defendant hereby agrees to accept and follow all terms and

3  conditions of said probation, and/or all other lawful orders of the court regarding sentencing in this

4  matter.

5      Defendant expressly warrants by signing this document that he does not live in the city of

6  Bakersfield and it would be a financial hardship for him to be present for each hearing and in the

7  interests of justice requests that his presence not be required.

8  1/6/2025

9

10

11  David Rodgers
   2320 Pave Street
   Pahrump, NV 89048

12

13  1/6/2025

14

15

16  Clayton D. Campbell
   Attorney for Defendant David Rodgers

17  **ORDER**

18      Defendant David Rodgers is authorized to appear remotely for the Probation Status

19  Hearing on January 7, 2025 at 10:00 AM (PST), only from the United States District Court, District

20  of Nevada. Counsel is directed to contact and coordinate with Courtroom Deputy Cori Boren to

21  make arrangements for Defendant's appearance in the District of Nevada.

22      IT IS SO ORDERED.

23

24  DATED:___January 7, 2025___

25  _____

26  Christopher D. Baker, U.S. Magistrate Judge

27

WAIVER OF PERSONAL APPEARANCE         Page | 2