CLAYTON D. CAMPBELL, ESQ., CA No. 220487
CAMPBELL WHITTEN, PC
5401 Business Park South, Suite 201
Bakersfield, CA 93309
(661) 334-3000 (phone)
(661) 326-0760 (fax)
clayton@campbellwhitten.com

Attorney for David D. Rodgers

# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

## BAKERSFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>DAVID D. RODGERS,<br><br>Defendant | Case Number: 5:23-PO-00282-CDB<br><br>**WAIVER OF DEFENDANT'S PERSONAL APPEARANCE**<br>[Federal Rule 43(b)2]<br><br>Date: February 4, 2025<br>Time: 10:00 AM |

The undersigned defendant, having been advised of his rights to be present at all stages of the proceedings, including all motions, legal arguments and trial, and having been advised of his right to be confronted by and cross-examine witnesses, hereby waives the right to be present at any and all proceedings herein stated. He requests court authorization to appear remotely for his probation status hearing, presently set for 2/4/2025.

The undersigned hereby requests the court to proceed during every physical absence of defendant, and hereby agrees that defendant's interest will be deemed represented at all times by the presence of his attorney, the same as if the defendant was personally present in court.

Defendant further agrees that notice to defendant's attorney that defendant's presence in court on a particular day at a particular time is required, shall be deemed notice to defendant of said requirement for his appearance at said time and place.

United States vs. Rodgers
5:23-PO-00282-CDB

1. Defendant expressly warrants by signing this document that he does not live in the city of
2. Bakersfield and it would be a financial hardship for him to be present for each hearing and in the
3. interests of justice requests that his presence not be required.
4. 
5. 1/16/2025
6. [signature]
7. David Rodgers
8. 2320 Pave Street
9. Pahrump, NV 89048
10. 
11. 1/16/2025
12. [signature]
13. Clayton D. Campbell
14. Attorney for Defendant David Rodgers
15. 
16. **ORDER**
17. 
18. Defendant David Rodgers is authorized to appear remotely for the Probation Status
19. Hearing on February 4, 2025 at 10:00 AM (PST), via zoom. Counsel is directed to contact and
20. coordinate with Courtroom Deputy Cori Boren to make arrangements for Defendant's appearance
21. via zoom.
22. 
23. IT IS SO ORDERED.
24. 
25. DATED: January 17, 2025
26. [signature]
27. Christopher D. Baker, U.S. Magistrate Judge